**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NELSON AROLDO JUAREZ MENDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2343-J |
| | ) | |
| ROBERT CERNA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus challenging his detention with Immigration and Customs Enforcement (ICE) and requesting a bond hearing under 8 U.S.C. § 1226(a) and *Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026). [Doc. No. 1]. Respondents now notify the Court that while the case was proceeding, Petitioner was granted a bond hearing and has been released from ICE custody. [Doc. No. 11]. With no remedy left to provide, the Court DISMISSES the Petition as MOOT and terminates the action.

IT IS SO ORDERED this 1st day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE